IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0364-10
 





JULIO CESAR PUENTE, Appellant



v.



THE STATE OF TEXAS





ON STATE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FOURTEENTH COURT OF APPEALS


HARRIS COUNTY





 Hervey, J., filed a concurring opinion in which Keller, P.J., and Keasler, J.,
joined. 


CONCURRING OPINION 



 I join Judge Keasler's concurring opinion and agree that the court of appeals should not have
even addressed the merits of appellant's claim. I would find it unnecessary to decide whether the
indictment in this case was amended also because, even if it were amended, appellant engaged in a
course of conduct that had the effect of waiving any requirement of an allegation in the indictment
of "a child younger than fourteen years of age." See Joseph v. State, 309 S.W.3d 20, 24-26 (Tex.
Crim. App. 2010) (in absence of express and explicit waiver of Miranda rights, totality of
circumstances may show voluntary waiver of these rights); Trejo v. State, 280 S.W.3d 258, 263 (Tex.
Crim. App. 2009) (Keller, P.J., concurring in the judgment) ("unless waived, an indictment is
necessary to vest the trial court with personal jurisdiction in a felony case").

 With these comments, I concur in the Court's judgment.


 Hervey, J.

Filed: September 22, 2010

Publish